IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  14-cv-00727-PAB

SHENZHEN EL LIGHTING TECHNOLOGY CO., LTD. a Shenzhen Company and
YONGJIANG YIN, an individual,

      Plaintiffs,

v.

SURE-FIRE ELECTRICAL CORPORATION, a Dongguan Company, and
ROCKETFISH PRODUCTS, a Minnesota Corporation,

      Defendants.

_____

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**
_____

This matter comes before the Court upon a Complaint filed by the Plaintiff alleging the infringement of a patent.  It is

**ORDERED** that:

1.    A hearing is set for **June 23, 2014 at 1:30 p.m.** in Courtroom A701 at the United States Courthouse located at 901 19th Street, Denver, Colorado.  Counsel shall bring their calendars.  This is not a scheduling conference.  The parties should not submit a proposed scheduling order.

2.    The parties shall meet and confer about the following issues and be prepared to address them at the hearing:

- Whether there are issues of claim construction.
- Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
- If a *Markman* hearing is required, whether discovery is necessary prior to such hearing.  If so, what discovery is required.  (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)

- Whether there are any other issues or impediments to the setting of a *Markman* hearing.

3. Out of town counsel are encouraged to appear by telephone given the short duration of these hearings. An attorney who wishes to appear by telephone for the hearing shall notify Chambers at (303) 335-2794 in advance of the hearing to arrange for telephonic appearance.

DATED April 3, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge