IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00727-PAB-CBS | Date: October 21, 2014 |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| SHENZHEN EL LIGHTING TECHNOLOGY CO., LTD., | Aaron Bradford |
| Plaintiff, | |
| v. | |
| SURE-FIRE ELECTRICAL CORPORATION, *et al.,* | Samuel Walling<br>Benjamin Strawn |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:  2:59 p.m.**
Court calls case.  Appearances of counsel.

The Court, having heard argument regarding the [docket #47] Motion to Stay Litigation Pending IPR of All Asserted Claims of U.S. Patent No. 7,671,279 has DENIED the motion. The defendant's right to refile the motion is reserved.

IT IS ORDERED that a limited STAY is in place that stays any deadlines that fall after the Markman Hearing (2/25/2015).

HEARING CONCLUDED.

**Court in recess: 3:41 p .m.**
Total time in court: 00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.