IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00727-PAB-CBS

SHENZHEN EL LIGHTING TECHNOLOGY CO., LTD. a Shenzhen Company and
YONGJIANG YIN, an individual,

    Plaintiffs,

v.

SURE-FIRE ELECTRICAL CORPORATION, a Taiwanese Company,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

    This matter is before the Court on the Stipulation of Dismissal Without Prejudice [Docket No. 70] filed by the remaining parties in this matter, plaintiffs Shenzhen EL Lighting Technology Co., Ltd. and Yongjiang Yin, and defendant Sure-Fire Electrical Corporation.  The parties "stipulate to the voluntarily [sic] dismissal of this case without prejudice."  The stipulation, however, was not signed by "by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties).  As a result, the Stipulation of Dismissal, by itself, does not serve to dismiss this action.  The Court, however, having reviewed the stipulation, finds that dismissal is appropriate.  Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is

**ORDERED** that all claims by and between plaintiffs and defendant are dismissed without prejudice, each party to bear its own costs and attorneys' fees. It is further

**ORDERED** that this case shall be closed in its entirety.

DATED March 26, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge